# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 05-1591

| | | |
|---|---|---|
| Bobby Dion Woods, | * | |
| Petitioner, | * | CR 00-177 DSD |
| | * | On application for Permission to file a Successive Habeas Petition |
| v. | * | |
| | * | |
| United States of America, | * | |
| | * | |
| Respondent. | * | |

Before WOLLMAN, FAGG, and COLLOTON, Circuit Judges.

**JUDGMENT**

Bobby Dion Woods' Petition for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith.

(5544-010199)

May 25, 2005

SCANNED
JUN - 7 2005
U.S. DISTRICT COURT MPLS

SCANNED
MAY 31 2005
U.S. DISTRICT COURT ST. PAUL

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans