UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-177(1)(DSD)

United States of America,

Plaintiff,

v.

**ORDER FOR APPOINTMENT OF COUNSEL**

Bobby Woods,

Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: February 12, 2008

s/David S. Doty
Honorable David S. Doty
United States District Court Judge