UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 00-177(1) (DSD) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR RESENTENCING** |
| | ) | **PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| | ) | |
| BOBBY DION WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

Mr. Woods through counsel, moves this Court pursuant to 18 U.S.C. § 3582(c) for an order reducing the term of imprisonment from 210 months to a sentence of 168 months on the grounds that the retroactive amendment to the crack cocaine guideline changes the base offense level in Mr. Woods' case from 34 to 32.

The sentencing factors in this case are straightforward. Mr. Woods' original guideline range was based on a total offense level 34 and a criminal history category IV, resulting in a guideline range of 210 - 262 months. The court imposed a sentence of 210 months, the bottom of the range. Applying the November 1, 2007, crack cocaine guideline amendments reduces Mr. Woods' total offense level from 34 to level 32, resulting in new guideline range of 168 - 210 months.

Mr. Woods has a current BOP release date of December 17, 2015. With a sentencing reduction of 42 months he will be eligible for release from BOP custody on or about December 26, 2012. Accordingly, Mr. Woods moves the Court to issue an Order reducing his sentence to 168 months.

Dated: June 25, 2008

Respectfully submitted,

*s/ Caroline Durham*

CAROLINE DURHAM
Attorney ID No. 24921X
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415