# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 00-177 (DSD)

BOBBY DION WOODS,

Defendant(s).

I hereby certify that on July 8, 2008, I served, or caused to be served, the following documents:

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT'S MOTION TO REDUCE SENTENCE**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Caroline Durham
Assistant Federal Defender
caroline_durham@fd.org

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by hand to:

Rebecca Chaiken
U.S. Probation Office
406 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ Lana Chambers

BY: LANA CHAMBERS
Legal Assistant