AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

United States of America
v.
Bobby Dion Woods

Case No: 00-177(DSD)
USM No: 09453-041

Date of Previous Judgment: 03/30/2001
(Use Date of Last Amended Judgment if Applicable)

Caroline Durham
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 210 months **is reduced to** 168 .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 34
Criminal History Category: IV
Previous Guideline Range: 210 to 262 months

Amended Offense Level: 32
Criminal History Category: IV
Amended Guideline Range: 168 to 210 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated ____________ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 07/09/2008

s/David S. Doty
Judge's signature

Effective Date: ____________
(if different from order date)

David S. Doty, U.S. District Judge
Printed name and title